IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL No. 3:18cr133DCB-LRA-001

JOEL WENDALL BECKHAM

## ORDER ON PROBATION REQUEST FOR CONTINUANCE

Leave of Court is granted to change the defendant's date of sentencing, due to extenuating circumstances placing an undue burden on the U.S. Probation Office. As such, the sentencing date is reset from January 8, 2019, to February 26, 2019.

**SO ORDERED AND ADJUDGED** this the  20th  day of  November , **2018.**


s/David Bramlette
THE HONORABLE DAVID C. BRAMLETTE
SENIOR UNITED STATES DISTRICT JUDGE