IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO.: 3:18-cr-00133-DCB-LRA

JOEL WENDELL BECKHAM

## **ORDER**

The Court having reviewed the Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, the United States motion for affidavit from movant's counsel, and the United States motion to extend time to file a response, and upon finding the Defendant alleges ineffective assistance of counsel,

IT IS THEREFORE ORDERED that the Government furnish a copy of the Defendant's motion and brief to former counsel for the movant in the above-mentioned proceedings, Robert Thomas Rich., Esq., and that said former counsel for the movant respond within thirty days of this Order by written affidavit to the allegations made by the movant, with a copy of the affidavit provided to the Government, and the Court further and specifically finds that the movant has waived his right to claim an attorney-client privilege in regard to these proceedings, and

IT IS FURTHER ORDERED that the Government submit its Response no later than thirty days after the submission of the above-referenced affidavit.

SO ORDERED on this, the 9th day of April, 2020.

                                                             s/David Bramlette
                                                             UNITED STATES DISTRICT COURT JUDGE