IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:18-cr-133-DCB-LRA

JOEL WENDELL BECKHAM

**ORDER DISMISSING CLAIM OF ROY DOUGLAS GEVEDON**

Before this Court is the United States of America's Motion to Dismiss Roy Douglas Gevedon's claim of a KAHR model CM 40, .40 caliber, semi-automatic pistol bearing serial number JO0780 and ammunition (the **KAHR pistol**). Having reviewed the Government's Motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on October 2, 2018, this Court entered an Agreed Preliminary Order of Forfeiture, ordering the Defendant, Joel Wendell Beckham, to forfeit, among other assets, **One (1) KAHR, model CM 40, .40 caliber, semi-automatic pistol bearing serial number JO0780, and any and all ammunition** and

WHEREAS, Claimant Roy Douglas Gevedon filed a claim on the **KAHR pistol**, but failed to meet his burden of proof of establishing, by a preponderance of the evidence, that he has a legal interest in the forfeited property sufficient to satisfy the statutory standing requirement in 21 U.S.C. § 853(n)(2), and that he is able to satisfy one of the substantive grounds for recovery described in 21 U.S.C. § 853(n)(6);

IT IS THEREFORE ORDERED that the third party claim of ownership of Roy Douglas Gevedon [ECF No. 26] is hereby dismissed for failure to provide sufficient evidence to meet his burden of proof.

IT IS FURTHER ORDERED that the Government's Motion to Dismiss the claim [ECF No. 26] of Roy Douglas Gevedon is hereby granted.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place a copy of this Order in the United States Mail addressed to the following:

> Roy Douglas Gevedon
> 6124 Kay Brook Drive
> Byram, MS 39272

SO ORDERED this  16th  day of October, 2020.

s/David Bramlette
HONORABLE DAVID BRAMLETTE III
UNITED STATES DISTRICT JUDGE